# Kluger Healey, LLC
### Attorneys at Law

521 Newman Springs Road, Suite 23
Lincroft, New Jersey 07738
P: (732) 852-7500
F: (888) 635-1653
www.klugerhealey.com

DAVID A. WARD
dward@klugerhealey.com
Admitted in NJ and NY

August 15, 2024

**<u>Via ECF and Email</u>**
Honorable Cathy Seibel, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
chambersnysdseibel@nysd.uscourts.gov

Re:     **Country Mutual Assurance Co. et al. v. Valvoline Instant Oil Change, et al.**
         **24cv1825 (CS)**
         **Letter Motion Requesting Extension of Time to Seek Pre-Motion Conference**

Your Honor:

We represent Defendants Valvoline Instant Oil Change and Galena Associates, LLC in the above matter. As per the Court's July 12, 2024 minute entry, we respectfully request an extension of a further two weeks to request a pre-motion conference to address the addition of new parties (as per Paragraph 2 of the Court's May 17, 2024 Scheduling Order).

The reason for this request is that we have received documents from Middletown Honda responsive to the Subpoena served upon that entity. These documents show that, contrary to statements of Michael Skyers (Plaintiffs' subrogor), Middletown Honda serviced the subject vehicle for potential electrical issues less than one week prior to the vehicle being serviced by Defendant (on September 3, 2021, the date the vehicle caught fire as part of a fire that damaged Mr. Skyers' residence). Middletown Honda's document production is incomplete (as it fails to include a diagnostic computer printout, among other things), but the documents produced suggest the vehicle was brought in for an electrical/transmission issue on August 27, 2021. We are addressing these details with Middletown Honda and expect to have the issues resolved by the end of this month.

We have sought the consent of our adversary to this request but have not yet received a response.

Respectfully yours,

/s/ David A. Ward
DAVID A. WARD

The deadline is extended to 8/29/24.

SO ORDERED.

*Cathy Seibel*        08/15/24
CATHY SEIBEL, U.S.D.J.

cc (via ECF):  All Counsel of Record