William M. Brennan
**de LUCA LEVINE LLC**
301 E. Germantown Pike, Suite 300
East Norriton, PA 19401
215-383-0081
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **COUNTRY MUSUTAL INSURANCE COMPANY**, *et al.* <br> **Plaintiff,** <br><br> v. <br><br> **VALVOLINE INSTANT OIL CHANGE**, *et al.* <br> **Defendants.** | **CIVIL ACTION NO.:  7:24-cv-1825** <br><br> **ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE A SUBPOENA** |

**AND NOW**, this 20th day of January      , 2026, upon consideration of Plaintiffs' Motion to Enforce Subpoena on Non-Party Eugean Akins, and any response thereto, it is hereby **ORDERED** and **DECREED** that Plaintiffs' Motion is **GRANTED**.

**IT IS ORDERED AND DECREED** that Non-Party, Eugean Atkins, shall appear for deposition within ten (10) days of the date of this Order.

**IT IS FURTHER ORDERED** that if Non-Party, Eugean Atkins, fails to comply with this Order, the Court may order that further sanctions be imposed on Non-Party, Eugean Atkins, upon application by Plaintiff, including but not limited to contempt proceedings, monetary penalties or any other sanctions that this Honorable Court deems appropriate.

**IT IS FURTHER ORDERED** that Plaintiff shall mail a copy of this order via certified overnight and by email, and regular mail to Mr. Atkins and provide proof of service within 5 days.

_____
**CATHY SEIBEL, JUDGE**
**SOUTHERN DISTRICT OF NEW YORK**